## EVERS *v.* MID-CONTINENT COAL COMPANY.

[No. 13,236.   Filed April 20, 1928.]

*Walter F. Wood,* for appellant.
*Rocap & McShane* and *Stigger & Johnson,* for appellee.

REMY, C. J.—Affirmed, on authority of *Buckley* v. *Inland Steel Co.* (1921), 75 Ind. App. 84, 129 N. E. 860.
Dausman, J., absent.

## BERRY-MAY LUMBER COMPANY *v.* KING ET AL.

[No. 13,157.   Filed April 24, 1928.]

*Louis M. Hammerschmidt, Joseph A. Avery* and *Claude D. Carson,* for appellant.
*Thad M. Talcott, Jr.* and *Walter R: Arnold,* for appellees.

REMY, C. J.—On authority of *Court of Honor* v. *Bankert* (1903), 31 Ind. App. 689, 68 N. E. 1039, appeal is dismissed.

## MAJESTIC COMPANY *v.* KREIG.

[No. 13,244.   Filed May 10, 1928.]

*Joseph W. Hutchinson,* for appellant.
*Lesh & Kreig,* for appellee.

THOMPSON, J.—The award is affirmed on authority of *Republic Iron, etc., Co.* v. *Markiowicz* (1921), 75 Ind. App. 57, 129 N. E. 710; *Pike County Collieries Co.* v. *Richeson* (1928), *ante* 92, 160 N. E. 54.